*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00014-CV

**IN THE INTEREST OF L.I.M.** and M.J.M, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-00029
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  June 13, 2012

DISMISSED

On May 1, 2012, the trial court clerk filed a notification of late record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant was not entitled to appeal without paying the fee. On May 9, 2012, we ordered appellant to provide written proof to this court within ten days of the order that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* Tex. R. App. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* Tex. R. App. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this

court). Appellant failed to respond. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM